JOHN P. DELL'ITALIA
DELL'ITALIA AFFINITO & SANTOLA
18 TONY GALENTO PLAZA
ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 18-32860

Re:  PHILIP OHAMADIKE
8 TROY COURT
MAPLEWOOD,  NJ  07040

Atty:  JOHN P. DELL'ITALIA
DELL'ITALIA AFFINITO & SANTOLA
18 TONY GALENTO PLAZA
ORANGE, NJ  07050

## RECEIPTS AS OF 12/31/2018 (Please Read Across)

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 0.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADVANCED UTOLOGIS CARE ASSOC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | ALLY FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | FROST ARNETT COMPANY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 30,316.82 | 100.00% | 0.00 | 0.00 |
| 0007 | UNIVERSITY HOSPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $0.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $0.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $0.00    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.