UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC, d/b/a Mr. Cooper

In Re:

Philip Ohamadike,

Debtor.

Case No.:     18-32860-RG

Chapter:     13

Hearing Date:     2/20/2019

Judge:     Gambardella

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 11)

_____

Date: 2/13/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*