Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−32860−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   PHILIP OHAMADIKE
   8 TROY COURT
   MAPLEWOOD, NJ 07040

Social Security No.:
   xxx−xx−8972

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on February 15, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 17 − 2, 11
Order Resolving Objection to Debtor's Chapter 13 Plan (related document:2 Chapter 13 Plan. Filed by John P. Dell'Italia on behalf of PHILIP OHAMADIKE. (Dell'Italia, John) 11 Objection to Confirmation of Plan) filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/14/2019. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 15, 2019
JAN: car

                                                                                      Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
PHILIP OHAMADIKE  
    Debtor

Case No. 18-32860-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 15, 2019  
                  Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.  
db          +PHILIP OHAMADIKE,    8 TROY COURT,    MAPLEWOOD, NJ 07040-3008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John P. Dell'Italia    on behalf of Debtor PHILIP  OHAMADIKE johnpdell@aol.com  
         Kevin Gordon McDonald    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
          kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                  TOTAL: 5