Certificate Number: 05781-NJ-DE-032412070

Bankruptcy Case Number: 18-32860



05781-NJ-DE-032412070

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 8, 2019</u>, at <u>12:21</u> o'clock <u>PM PST</u>, <u>Philip Ohamadike</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>March 8, 2019</u>

By:  <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>