JOHN P. DELL'ITALIA
DELL'ITALIA AFFINITO & SANTOLA
18 TONY GALENTO PLAZA
ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 18-32860

Re:  PHILIP OHAMADIKE                         Atty:  JOHN P. DELL'ITALIA
     8 TROY COURT                                    DELL'ITALIA AFFINITO & SANTOLA
     MAPLEWOOD,  NJ  07040                           18 TONY GALENTO PLAZA
                                                    ORANGE, NJ  07050

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/20/2019 | $1,000.00 | 25784331333 | 02/20/2019 | $572.00 | 25784331344 |
| 03/19/2019 | $590.00 | 25784340311 | 04/10/2019 | $590.00 | 25784346690 |
| 05/08/2019 | $590.00 | 25820530874 | 06/13/2019 | $590.00 | 25784329713 |
| 07/09/2019 | $59.00 | 25820547794 | 07/09/2019 | $590.00 | 25820548277 |
| 08/06/2019 | $590.00 | 26116031867 | 09/09/2019 | $590.00 | 26116039800 |
| 10/08/2019 | $590.00 | 26116048293 | 11/08/2019 | $590.00 | 25824270644 |
| 12/10/2019 | $590.00 | 25824275425 | | | |

**Total Receipts: $7,531.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,531.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | | | | | | |
| | 03/18/2019 | $232.40 | 821,076 | 04/15/2019 | $556.37 | 823,112 |
| | 05/20/2019 | $556.37 | 825,072 | 06/17/2019 | $566.40 | 827,120 |
| | 07/15/2019 | $566.40 | 828,977 | 08/19/2019 | $623.04 | 830,875 |
| | 09/16/2019 | $566.40 | 832,941 | 10/21/2019 | $581.15 | 834,905 |
| US BANK TRUST NATIONAL ASSOC | | | | | | |
| | 11/18/2019 | $559.32 | 836,717 | 12/16/2019 | $559.32 | 838,659 |
| | 01/13/2020 | $559.32 | 840,542 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 354.51 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,250.00 | 100.00% | 1,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADVANCED UTOLOGIS CARE ASSOC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ALLY FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | FROST ARNETT COMPANY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | US BANK TRUST NATIONAL ASSOC | MORTGAGE ARRE | 30,316.82 | 100.00% | 5,926.49 | 24,390.33 |
| 0007 | UNIVERSITY HOSPITAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $7,531.00**
See Summary

**Chapter 13 Case # 18-32860**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $7,531.00    -    Paid to Claims: $5,926.49    -    Admin Costs Paid: $1,604.51    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.