| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>John P. Dell'Italia, Esq.<br>Dell'Italia, Affinito & Santola<br>18 Tony Galento Plaza<br>Orange, NJ  07050<br>(973)672-8000<br>Johnpdell@aol.com<br>JD1617 | |
| In Re:<br><br>PHILIP OHAMADIKE | Case No.: 18-32860<br>Judge: RG<br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

☑ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

☐ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☑   Motion for Relief from the Automatic Stay filed by ____ALLY____, creditor,

A hearing has been scheduled for ____OCTOBER 21, 2020____, at __10:00 A__ m.

OR

☐   Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ m.

☐   Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☐   Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☑ Other (**explain your answer**):
The total amount due of the entire account is being fowarded to the creditor to withdraw this Motion for Relief from the Stay

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date:  October 9, 2020 _____                    _____
                                                         Debtor's Signature

Date:  _____                                    _____
                                                         Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*rev.12/1/09*

**CASHIER'S CHECK**

SERIAL #: 6758503580
ACCOUNT #: 4861-513554

October 9, 2020

0067585
Office AU #    11-24
             1210(8)

Remitter: PHILIP OHAMADIKE
Purchaser: PHILIP OHAMADIKE
Purchaser Account: 101005802184
Operator I.D.: u757915
Funding Source: Electronic Item(s), Paper Item(s)

PAY TO THE ORDER OF ***ALLY SERVICING LLC***

**Four Thousand Three Hundred Seventy-Three and 29/100 -US Dollars**

**$4,373.29**

VOID IF OVER US $ 4,373.29

NON-NEGOTIABLE

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
732 NYE AVE
IRVINGTON, NJ 07111
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

Purchaser Copy

FB004    M4203    80179241

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

**CASHIER'S CHECK**

6758503580

October 9, 2020

0067585
Office AU #    11-24
             1210(8)

Remitter: PHILIP OHAMADIKE
Operator I.D.: u757915

PAY TO THE ORDER OF ***ALLY SERVICING LLC***

**Four Thousand Three Hundred Seventy-Three and 29/100 -US Dollars**

**$4,373.29**

VOID IF OVER US $ 4,373.29

CONTROLLER

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
732 NYE AVE
IRVINGTON, NJ 07111
FOR INQUIRIES CALL (480) 394-3122